[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-15912
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 4, 2007
THOMAS K. KAHN
CLERK

D.C. Docket No. 03-00877-CV-T-26-TBM

PATRICIA ALLEN,

Plaintiff-Appellant,

versus

ROBERT S. MUELLER, III, Director,
Federal Bureau of Investigation,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 4, 2007)**

Before BLACK, BARKETT and COX, Circuit Judges.

PER CURIAM:

Patricia Allen (Plaintiff) filed this civil rights action against Robert S. Mueller, Director of the FBI (Defendant) pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000, *et seq.*, alleging that she suffered adverse employment action in retaliation for statutorily protected activity in which she had engaged. The case was tried by a Magistrate Judge by consent who entered judgment in favor of the Defendant.

The court concluded that there was not a sufficient causal connection between Allen's protected activity and the adverse employment action of which she complains. We will only overturn this finding of fact only if it is clearly erroneous. *Burrell v. Board of Trustees of Georgia Military College*, 125 F.3d 1390, 1394 (11th Cir. 1997).

After a review of the briefs and relevant portions of the record, we conclude that the court's finding has support in the record and therefore is not clearly erroneous. Accordingly, the district court's judgment is affirmed.

AFFIRMED.